```
                                    ☐ FILED          ☐ LODGED
                                    ☐ RECEIVED       ☐ COPY

                                        JUL 2 2 2010

                                    CLERK U S DISTRICT COURT
                                      DISTRICT OF ARIZONA
                                    BY _____ Z  DEPUTY
```

1   Peter M. Kane, *pro se*
    Brian Vollmer, *pro se*
2   2229 W. Potter Dr.
    Phoenix, AZ 85027
3   (602) 402-4328

4
                **UNITED STATES DISTRICT COURT**
5               **FOR THE DISTRICT OF ARIZONA**

6   Brian Vollmer, *pro se* and                  )
7   Peter M. Kane, *pro se*                       )   Case no:_ CV 10-1182-PHX-MHM
                            Plaintiff,            )   _____
8                Vs.                              )
    **RANDALL C. PRESENT,** *and/or his*          )
9   *successor,* individually, and in his official )
    capacity as **PRES/CEO OF DHI**               )   **OMNIBUS MOTION**
10  **MORTGAGE COMPANY, LTD.** *an ens*           )
    *legis being  used to conceal fraud,*

11  **DONALD TOMNITZ** *and/or his*
    *successor,* individually, and in his official
12  capacity as **PRES/CEO. OF D.R.**
    **HORTON, INC.,** *an ens legis being used*
13  *to conceal fraud,*

14  **JOHN STUMPF,** *and/or his successor,*
    individually, and in his official capacity as
15  **PRES/CEO OF WELLS FARGO HOME**
    **MORTGAGE.,** *an ens legis being used to*
16  *conceal fraud,*

17  **PARKER KENNEDY,** *and/or his*                    Assigned to Hon. Mary H. Murguia
    *successor,* individually, and in his official
18  capacity as **PRES/CEO OF FIRST**
    **AMERICAN TITLE INSURANCE**
19  **COMPANY,** *an ens legis being used to*
    *conceal fraud,*
20
    **R.K. ARNOLD** *and/or his successor,*
21  individually, and in his official capacity as
    **PRES/CEO OF MORTGAGE**
22  **ELECTRONIC REGISTRATION**
    **SYSTEMS, INC.,** *an ens legis being used*
23  *to conceal fraud,*

24  **Sanjiv Das** *and/or his successor,*
    individually, and in his official capacity as
25  **PRES/CEO OF CITI MORTGAGE,**
    **INC.,** *an ens legis being used to conceal*
26  *fraud,*

27  **AND JOHN DOES (Investors) 1-10,000,**
       *et al,*                      Defendant.
28                                   _____

1      Plaintiffs Peter M. Kane, *pro se,* and Brian Vollmer, *pro se* hereby enter this

2  Omnibus Motion for this Court's clarification.

3      This Omnibus Motion is in Response, Reply, Answer, etc. to any and all of any of

4  Defendants' Motions, pleadings, documents, and/or the like without Plaintiff's agreement

5  and/or acceptance that said Motions, pleadings, documents, and/or the like can be seen by

6  this Court as Defendants attorneys are Trespassing on this case.

7      This Omnibus Motion should be construed by this Court as Plaintiff's attempt to

8  move this Court to base all decisions in the interest of justice and prohibit any and all use

9  of Rules that appear bias and/or prejudice against either party.

10     FEDERAL RULES OF CIVIL PROCEDURE RULE 1 states:
   These rules govern the procedure in all civil actions and proceedings in the United
11 States district courts, except as stated in Rule 81. **They should be construed and
   administered to** <u>secure the just</u>**, speedy, and inexpensive determination of
12 every action and proceeding**. (Emphasis added).

13     Accordingly, every other F.R.Civ.P Rule is required to be adhered to only to the

14 extent that it be enforced IF it will **"secure the just, speedy, and inexpensive

15 determination"** of the action before this Court.

16     The Rules are not to be construed in favor of any party. This Court should not at

17 any time allow the advantage of learned and/or practiced attorneys distract itself from the

18 **"just, speedy, and inexpensive determination"** of this case. In fact, ALL RULES may

19 ONLY be enforced to achieve the **"just, speedy, and inexpensive determination"** of this

20 action. No Rule can be enforced if it will detract from justice.

21     Ergo, for this Court to enforce Rules that interfere with the ascertainment of justice

22 then this Court is a violation of Rule 1 in favor of a party.

23     Pursuant to F.R.Civ.P Rule 1 Plaintiff's Due Process of Law MUST be protected

24 by this Court at all times. Accordingly, all maxims of law must be adhered to by this Court

25 at all times as Due Process of Law is inclusive of all maxims of Law.

26     Therefore, any evidence of fraud bars this Court from basing its decision on

27 presumptions established by said fraud.

28

Also therefore, any and all presumptions this Court uses for determinations must be excluded if either party presents evidence to this Court of the other party's fraud.

**It is well settled in American jurisprudence that *"fraud vitiates everything."***

Plaintiff will present to this Court incontrovertible evidence of Defendants' fraudulent acts pursuant to the Federal Rules of Evidence as the documents recorded by Defendants' employees in the Maricopa County Recorder's Office are fraudulent.

Defendants are knowingly, intelligently and willfully making mis-representations to this Court and thus committing fraud upon this Court. Plaintiff hereby denies and rebuts ALL allegations and mis-representations stated by Defendants in any and all of Defendants' previous pleadings.

Plaintiff has entered or is going through the process of entering the appropriate documentation in the appropriate government office to file criminal charges against Defendants for Defendants' criminal acts against the State of Arizona and Plaintiff. Said charges will require an abundance of time for the State to pursue. Charges are inclusive of violations of, *inter alia*, A.R.S. § 39-161, 13-2301 through 2312, 33-420, and others.

Plaintiff has entered or is going through the process of entering the appropriate documentation in the appropriate government office to file criminal charges against Defendants for Defendants' criminal acts against the United States and Plaintiff. Said charges will require an abundance of time for the United States to pursue. Charges are inclusive of violations of, *inter alia*, 18 U.S.C. §§ 371, 1001, 1011, 1018, 1341- 1349, 1951,1961-1968, Public Law Pub.L. 107-56, and others.

Additionally, no attorney for Defendants have entered a Notice of Appearance as required by, *inter alia*, Local Rules of Civil Procedure Rule 83.3, which requires ALL attorneys to appear **<u>FIRST</u>**, before filing any pleading.

If this Court allows Trespassing attorneys to files pleadings without **<u>FIRST</u>** appearing as counsel of record, then this Court has established prejudice and bias against Plaintiff that prohibits this Court from any further action.

**FACTS FOR THIS COURT TO DETERMINE**

1.       Plaintiff believes Defendants are attempting to confuse this Court by using the word transfer in place of sale when discussing the Promissory Note to confuse this Court and obfuscate facts.

2.       Plaintiff believes Defendants are purposefully confusing the issue of sale verses transfer to confuse this Court and obfuscate facts.

3.       Plaintiff believes Defendants did not transfer the Promissory Note.

4.       Plaintiff believes Defendants sold the Promissory Note as evidence by the stamping on the Promissory Note: "PAY TO THE ORDER OF **** third party **** WITHOUT RECOURSE."

5.       Plaintiff believes Defendants' stamping altered and/or modified the obligation of a party to the Promissory Note thereby discharging the obligation of the obligor, Plaintiff in this instant matter.

6.       Plaintiff believes this Court has jurisdiction over Defendants as Defendants' actions may have been fraudulent and/or conspiratory in nature.

7.       Plaintiff believes Defendants' actions may have been criminal violations of:

   A)      *Inter alia*, 18 U.S.C. §§ 371(Conspiracy), 1001, 1011, 1018, 1341-1349 (Mail fraud), 1951(Hobbs Act), 1961-1968 (Rico Act).

   B)      *Inter alia*, Public Law Pub.L. 107-56: *inter alia*, Uniting and Strengthening America by Providing Appropriate Tools Required to Intercept and Obstruct Terrorism Act of 2001: (The USA PATRIOT Act)

   C)      *Inter alia*, Arizona Revised Statutes §§ 39-161, 13-2301 through 2312, 33-420, and others.

8.       Plaintiff believes Defendants' criminal and/or fraudulent acts as evidenced by the documents Defendants' caused to have filed in a public office cause any and all foreclosure proceedings commenced based on said documents to be criminal and/or fraudulent acts and therefore null and void *ab initio*.

4

9.     Plaintiff believes Defendants' criminal and/or fraudulent acts as evidenced by the documents Defendants' caused to have filed in a public office cause any and all pleadings entered by Defendants in this matter to be null and void *ab initio*.

10.     Plaintiff believes Defendants' attorneys failure to comply with, *inter alia*, Local Rules of Civil Procedure Rule 83.3 and/or F.R.Civ.P. Rule 11 cause any and all pleadings entered into this case by Defendants' attorneys to be moot.

11.     Plaintiff believes that if this Court chooses to ignore L.R.Civ.P. Rule 83.3 and/or F.R.Civ.P. Rule 11, such could only a prejudicial and bias attempt to assist Defendants' and/or Defendants' attorneys in violation of Plaintiff's Civil and/or Due Process of Law Rights.

**WHEREAS,** this Court may be operating on presumptions in favor of Defendants based on fraudulent documents recorded in a public office.

**THEREFORE,** Plaintiff moves this Court to adhere to F.R.Civ.P. Rule 1 and disallow any presumption based on fraudulent documentation unlawfully recorded in a public office by Defendants.

**FURTHERMORE,** Plaintiff moves this Court to Order Defendants' to cease and desist any and all actions against Plaintiff and/or Plaintiff's property stolen by Defendants until Defendants' can establish to this Court the documents Defendants' filed in any and all public offices concerning said property are not fraudulent.

**ALSO FURTHERMORE,** Plaintiff moves this Court to Order ALL pleadings entered by Trespassing attorneys stricken from the record.

DATED: This 22nd day of July, in the year of our Lord, 2010.

BY: _____, agent
Peter M. Kane, *pro se*
Signed reserving all my rights at UCC 1-308

BY: _____, agent
Brian Vollmer, *pro se*
Signed reserving all my rights at UCC 1-308

5

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## **VERIFIED STATEMENT**

The undersigned Plaintiff, Peter M. Kane, *pro se*, a man, and a civilian, hereinafter "Plaintiff", does solemnly declare and state as follows:

    **1.**       Plaintiff is competent to state the matters set forth herein.

    **2.**       Plaintiff has knowledge of the facts stated herein.

    **3.**       All the facts herein are true, correct and complete, not misleading, to the best of Plaintiffs knowledge and belief, and admissible as evidence, and if called upon as a witness, Plaintiff will testify to their veracity.

BY: _____, agent
Peter M. Kane, *pro se*
Signed reserving all my rights at UCC 1-308

## **VERIFIED STATEMENT**

The undersigned Plaintiff, Brian Vollmer, *pro se*, a man, and a civilian, hereinafter "Plaintiff", does solemnly declare and state as follows:

    **1.**       Plaintiff is competent to state the matters set forth herein.

    **2.**       Plaintiff has knowledge of the facts stated herein.

    **3.**       All the facts herein are true, correct and complete, not misleading, to the best of Plaintiffs knowledge and belief, and admissible as evidence, and if called upon as a witness, Plaintiff will testify to their veracity.

BY: _____, agent
Brian Vollmer, *pro se*
Signed reserving all my rights at UCC 1-308

**CERTIFICATE OF SERVICE**

**ORIGINAL** and **ONE COPY** delivered to UNITED STATES DISTRICT COURT this 22nd day of July, 2010.

I HEREBY CERTIFY that a true and correct copy of the above OMNIBUS MOTION has been furnished by U.S. Mail on this 22nd day of July, 2010 to:

Jennifer P. Nore (#004951)
Michael J. Coccaro
SNELL & WILMER L.L.P.
One Arizona Center
400 East Van Buren
Phoenix, Arizona 85004-2202
Attorneys for Defendants:
John Stumpf
R.K. Arnold

FIRST AMERICAN TITLE INSURANCE COMPANY
ATTN: **PARKER KENNEDY** *and/or his successor*
P.O.BOX 961253
Fort worth, TX 76161-0253

**CITI MORTGAGE, INC.,**
ATTN: **SANJI DAS** *and/or his successor*
1000 Technology Drive
O'Fallon, MO 63368-2240

FENNEMORE CRAIG, P.C.
Barney M. Holtzman
Scott D. McDonald
One South Church Ave
Suite 100
Tucson, AZ 85701-1627

BY: _____, agent
         Peter M. Kane, *pro se*
Signed reserving all my rights at UCC 1-308

7